## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hernandez, Maria

Printed: 12/10/08

Case Number:  04 B 44563
Judge:  Wedoff, Eugene R
Filed:  12/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  October 30, 2008
Confirmed:  February 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,375.00 |  |
| Secured: |  | 10,455.06 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,300.00 |
| Trustee Fee: |  | 619.94 |
| Other Funds: |  | 0.00 |
| Totals: | 12,375.00 | 12,375.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Deer & Stone | Administrative | 1,300.00 | 1,300.00 |
| 2. | DaimlerChrysler Financial | Secured | 14,750.94 | 10,455.06 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 124.50 | 0.00 |
| 4. | Palisades Acquisition LLC | Unsecured | 65.17 | 0.00 |
| 5. | DaimlerChrysler Servs North America | Secured | | No Claim Filed |
| 6. | Deer & Stone | Priority | | No Claim Filed |
| 7. | Providian Bank | Unsecured | | No Claim Filed |
| 8. | Newport News | Unsecured | | No Claim Filed |
| 9. | Sprint | Unsecured | | No Claim Filed |
| | | | $ 16,240.61 | $ 11,755.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 77.92 |
| 3% | 25.02 |
| 5.5% | 145.48 |
| 5% | 27.90 |
| 4.8% | 90.72 |
| 5.4% | 194.40 |
| 6.5% | 58.50 |
| | $ 619.94 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Hernandez, Maria

Printed: 12/10/08

Case Number:  04 B 44563

Judge:  Wedoff, Eugene R

Filed:  12/3/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

